UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CONSTELLATION BRANDS, INC.,

               Plaintiff             DECISION AND ORDER

-vs-

                                          02-CV-6498 CJS

ARBOR HILL ASSOCIATES, INC.,

               Defendant

_____

ARBOR HILL ASSOCIATES, INC., et al.,

               Third-Party Plaintiffs

-vs-

NIXON PEABODY LLP, f/k/a NIXON
HARGRAVE DEVANS & DOYLE LLP,

               Third-Party Defendant

_____

NIXON PEABODY LLP, f/k/a NIXON
HARGRAVE DEVANS & DOYLE LLP,

               Fourth-Party Plaintiff

-vs-

HARTER, SECREST & EMERY LLP, BRIAN
SHAW, and STEPHEN B. SALAI,

               Fourth-Party Defendants.

_____

      The Honorable Jonathan W. Feldman, United States Magistrate Judge, having issued an Amended Decision and Order [#84], and Defendant/Third-Party Plaintiffs having filed timely Objections [#86] to a portion of the non-dispositive Amended Decision and Order, and the Court having set a briefing schedule, and counsel for the parties having

appeared before the undersigned for oral argument of the objections on July 8, 2005, and the Court having thoroughly considered the parties' submissions and the arguments of counsel, it is hereby

ORDERED, that the Objections [#86] are DENIED and Magistrate Judge Feldman's Amended Decision and Order [#84] is affirmed in all respects, for the reasons stated by the undersigned on the record during the court appearance on July 8, 2005; and it is further

ORDERED, that the scheduling deadlines contained in numbered paragraph 4 of the Amended Decision and Order [#84] are all extended by 30 days.

SO ORDERED.

Dated:   Rochester, New York
         July 8, 2005

                              ENTER:


                              /s/ Charles J. Siragusa
                              CHARLES J. SIRAGUSA
                              United States District Judge